# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142519(79)

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

                                      SC: 142519
                                      COA: 283056
                                      Wayne CC: 07-013349-FC

NATHAN EMMANUEL JACOBS,
         Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's June 22, 2011 order is considered, and it is GRANTED. We VACATE our order dated June 22, 2011. On reconsideration, the application for leave to appeal the December 7, 2010 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in light of the parties' stipulation that the defendant is entitled to a new trial, we VACATE the judgment of the Court of Appeals and REMAND this case to the Wayne Circuit Court for a new trial.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2011

Clerk

d1012